■ In the Matter of MIGUEL G. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; NAVIL G., Appellant, et al., Respondent. (Proceeding No. 1.) In the Matter of SARAY G. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; NAVIL G., Appellant, et al., Respondent. (Proceeding No. 2.) [19 NYS3d 784]—Appeal from an order of disposition of the Family Court, Kings County (Alan Beckoff, J.), dated July 15, 2013. The order of disposition, insofar as appealed from, released the children Miguel G. and Saray G. to the custody of the mother with supervision by the Administration for Children's Services for a period of 12 months.

Ordered that the appeal is dismissed as academic, without costs or disbursements, in light of our determination on a related appeal (*see Matter of Miguel G. [Navil G.],* 134 AD3d 711 [2015] [decided herewith]). Dillon, J.P., Hall, Cohen and Barros, JJ., concur.